FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3:31

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) Case Nos.: | CR114-098, A. L. Butler |
| LEAVE OF ABSENCE REQUEST | ) | CR115-018, M. M. Ruff |
| PATRICIA G. RHODES | ) | CR109-060, A. Davila |
| October 21 through October 26, 2015 | ) | CR115-031, D. B. Osborne |
| | ) | |
| | ) | CR315-0002, T. V. Bennett, et al. |
| | ) | CR315-0003, M. J. Todd |
| | ) | CR305-0022, G. S. Legette |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for October 21 through October 26, 2015, to attend a family wedding out of town; same is hereby GRANTED.

This ___ day of _____ May _____, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1