FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 DEC 10 PM 3:01
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 315-002 |
| | * | |
| TERRIOKKI VASHON BENNETT | * | |

ORDER

Before the Court in the captioned case is a pro se motion filed by Defendant Terriokki VaShon Bennett to terminate the remainder of his supervised release. Bennett pled guilty to possession with intent to distribute a controlled substance on June 16, 2015. He was sentenced to a 57-month term of imprisonment and three years of supervised release. He was also ordered to pay a $2500 fine and a $100 special assessment. Bennett was released from custody on April 20, 2018, and has been under the supervision of the United States Probation Office in this district.

Presently, Bennett requests that the remaining term of supervised release be terminated. On the day he filed this motion, Bennett paid the remainder of his fine in the Clerk's Office. He stated at that time that he was unaware of any other financial obligation. However, on March 2, 2015, the United States Magistrate Judge determined that Bennett could make partial payments of his appointed attorney's fees in the amount of $300 a

month for 12 months - a total of $3600. Bennett made only a single payment in April 2015. His attorney, Mr. James Garner, has been paid $3027.50 from the CJA fund. Thus, Bennett still owes $2727.50 in attorney's fees pursuant to the Court's Order of March 2, 2015.

Bennett has complied with all conditions of supervision, he has maintained steady employment and a stable residence, and he has not tested positive on any drug screen. Bennett's probation officer has no objection to early termination.

In light of his favorable adjustment to supervision and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Bennett's motion (doc. no. 56) is **GRANTED**. Terriokki VaShon Bennett is hereby discharged from his term of supervised release; <u>he remains obligated to pay the balance of his CJA obligation</u>. The Clerk is directed to send a copy of this Order to Mr. Timothy Williams of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE